IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID MICHAEL KILLINGSWORTH, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION 1:15-00537-KD-B |
| LEE POSEY DANIELS, | : | |
| Respondent. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated January 9, 2019 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner Killingsworth's habeas petition is **DISMISSED** with prejudice as time-barred. It is further **ORDERED** that Petitioner Killingsworth is not entitled to a Certificate of Appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **11th** day of **February 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**